UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In Re:

    Osborne, Odessa

_____,

    Debtor(s)

_____/

Case #:  17-04399
Chapter 13
Hon. John T. Gregg

**DEBTORS' RESPONSE TO MOTION TO DISMISS**

Odessa Osborne, by and through her counsel, Travis T. Russell, hereby responds to Trustee's motion to dismiss, and state as follows

1. Trustee Brett N. Rodgers filed a Motion To Dismiss the above captioned case, due to debtors plan payments being in arrears to the amount of $2,516.08, plan exceeding 60 months, post petition mortgage arrears, and plan payments not being made as scheduled.

2. The Debtor had temporarily ran into financial issues and was unable to make payments for a period of time.

3. The Debtor has informed us that she will commence payments on March 2, 2018 and will be sending an additional $300.00 per month until plan becomes current.

WHEREFORE, Debtor requests that Trustee's Motion be denied and/or a hearing be set for this matter.

Date: Wednesday, February 21, 2018

                                                    */s/ Travis T. Russell*
Travis T. Russell (P75474)
Attorney for Debtor
Russell Law Firm, P.C.
2040 Raybrook Ave
Suite 204
Grand Rapids, MI 49546
P: (616) 920-0555